One Legal, LLC
Corp/Business Service

# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE


*28254*

Index no : 15-cv-1190
Office No: 1777062

| Plaintiff(s): | John Olagues |
|---|---|
| | -vs- |
| Defendant(s): | Perceptive Advisers LLC |

STATE OF NEW YORK COUNTY OF NEW YORK   ss.:

Ricardo Delpratt, the undersigned, being duly sworn, deposes and says:

On 07/24/2015 at 1:16 PM, deponent served the within **Summons; Complaint** on **Perceptive Advisers LLC** at **499 Park Avenue, 25th Floor, New York, NY 10022** in the manner indicated below:

By delivering a true copy of each to and leaving with **Peter Frenro, Chief Financial Officer** who stated he/she is authorized to accept service on behalf the corporation/government entity.

A description of the **Defendant(s)**, or other person served on behalf of the **Defendant(s)** is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height(Approx) | Weight(Approx) |
|---|---|---|---|---|---|
| Male | White | Black | 48 | 6' | 210 lbs |
| Other Features: | | | | | |

Sworn to and subscribed before me on 7/24/15   X 
Ricardo Delpratt
License#: 2008560
Metro Attorney Service Inc.
305 Broadway 9th Floor
New York, NY 10007
212-822-1421

Notary Public,

One Legal, LLC
68 Mitchell Blvd., Suite 250
San Rafael, CA 94903

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2018