UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK



AFFIDAVIT OF SERVICE

*20255*

Index no : 15-cv-1190

| Plaintiff(s): | John Olagues |
|---|---|
| Defendant(s): | Perceptive Advisers LLC |

STATE OF NEW YORK
COUNTY OF NEW YORK          ss.:

Ricardo Delpratt, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF NEW YORK.

On 07/24/2015 at 1:16 PM, I served the within Summons; Complaint on Joseph Edelman at 499 Park Avenue, 25th Floor, New York, NY 10022 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Peter Frenro, Chief Financial Officer of Joseph Edelman, a person of suitable age and discretion. Said premises is Joseph Edelman's usual place of business within the state.

On 07/24/2015, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's usual place of business, at 499 Park Avenue, 25th Floor, New York, NY 10022 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | White | Black | 48 | 6' | 210 lbs |
| Other Features: | | | | | |

I asked the person spoken to whether Defendant(s) was in the active military service or financially dependent upon any one who is in the military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to and subscribed before me on
_____ 2   , 20 1

Notary Public,

X _____
Ricardo Delpratt
License#: 2008560
Metro Attorney Service Inc.
305 Broadway 9th Floor
New York,NY 10007
212-822-1421
Atty File#: 1777063

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2018