One Legal, LLC
Corp/Business Service

# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE



*28256*

Index no : 15-cv-1190
Office No: 1777064

| Plaintiff(s): | John Olagues |
| --- | --- |
| | -vs- |
| Defendant(s): | Perceptive Advisers LLC |

STATE OF NEW YORK COUNTY OF NEW YORK    ss.:

Ricardo Delpratt, the undersigned, being duly sworn, deposes and says:

On 07/24/2015 at 1:16 PM, deponent served the within **Summons; Complaint** on **Perceptive Life Sciences Master Fund Ltd** at **499 Park Avenue, 25th Floor, New York, NY 10022** in the manner indicated below:

By delivering a true copy of each to and leaving with **Peter Frenro, Chief Financial Officer** who stated he/she is authorized to accept service on behalf the corporation/government entity.

A description of the **Defendant(s)**, or other person served on behalf of the **Defendant(s)** is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height(Approx) | Weight(Approx) |
| --- | --- | --- | --- | --- | --- |
| Male | White | Black | 48 | 6' | 210 lbs |
| Other Features: | | | | | |

Sworn to and subscribed before me on 7/24/15    X _____
Ricardo Delpratt
License#: 2008560
Metro Attorney Service Inc.
305 Broadway 9th Floor
New York, NY 10007
212-822-1421

Notary Public,

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2018

One Legal, LLC
68 Mitchell Blvd., Suite 250
San Rafael, CA 94903

