# Affidavit of Process Server

United States District Court, Southern District of New York, State of NY
(NAME OF COURT)

| John Olagues and Ray Wollner vs Perceptive Advisers LLC, Joseph Edelman, e | 15-cv-1190 |
|---|---|
| PLAINTIFF/PETITIONER            DEFENDANT/RESPONDENT | CASE NUMBER |

I **Sabrina Nicholson**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I Served **Repros Therapeutics Inc.**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **Supplemental Summons, Complaint**

by leaving with **Katherine A Anderson - Chief Financial Officer, Person Authorized to Accept** At
NAME                                                           RELATIONSHIP

☐ Residence _____
ADDRESS                              CITY / STATE

☒ Business **2408 Timberloch Place B-7   The Woodlands, TX**
ADDRESS                              CITY / STATE

On **7/29/2015** AT **5:02 PM**
DATE                                  TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY       STATE       ZIP

**Manner of Service:**
☒ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of __18__ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served. Please see Service Attempts information below.

**Service Attempts:**

One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this **30** day of **July**, 20**15**, by **Sabrina Vaunger Nicholson**
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

SIGNATURE OF NOTARY PUBLIC

LOUANNA P GARCIA
My Commission Expires
March 5, 2017

NOTARY PUBLIC for the state of **Texas**

OL# 1777065