Ralph A. Siciliano, Esq.
**TANNENBAUM HELPERN**
**SYRACUSE HIRSCHTRITT, LLP**
900 Third Avenue
New York, NY 10022
(212) 508-6700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN OLAGUES and RAY WOLLNEY,<br><br>    Plaintiffs,<br><br>v.<br><br>PERCEPTIVE ADVISERS LLC, JOSEPH EDELMAN, PERCEPTIVE LIFE SCIENCES MASTER FUND, LTD., and REPROS THERAPEUTICS INC.,<br><br>    Defendants. | Case No. 1:15-CV-01190-AJN-SN<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law in Support of Defendants Perceptive Advisers, LLC, Joseph Edelman, and Perceptive Life Sciences Master Fund, Ltd.'s (collectively, the "Perceptive Defendants") Motion to Dismiss Plaintiffs' First Amended Complaint, the Declaration of Ralph A. Siciliano, Esq., dated October 13, 2015, and the exhibits attached thereto, the Perceptive Defendants will move this Court before the Honorable Alison J. Nathan, U.S.D.J., at a date and time to be determined by the Court, for an order (i) granting the Perceptive Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6); and (ii) for such other relief as this Court may deem just and proper. Oral argument is requested.

|  |  |
|---|---|
| Dated: New York, New York<br>October 13, 2015 | /s/ Ralph A. Siciliano<br>Ralph A. Siciliano<br>**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT, LLP**<br>900 Third Avenue<br>New York, New York 10022<br>(212) 508-6700<br>*Attorneys for Defendants Perceptive Advisers, LLC, Joseph Edelman, and Perceptive Life Sciences Master Fund, Ltd.* |