UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN OLAGUES and RAY WOLLNEY,<br><br>    Plaintiffs,<br><br>                    v.<br><br>PERCEPTIVE ADVISERS LLC, JOSEPH EDELMAN, PERCEPTIVE LIFE SCIENCES MASTER FUND, LTD., and REPROS THERAPEUTICS INC.,<br><br>    Defendants. | Case No. 1:15-CV-01190-AJN-SN<br><br>**RULE 7.1 CORPORATE**<br>**DISCLOSURE STATEMENT** |

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Perceptive Advisers, LLC by and through its counsel, states that it serves as the investment manager of Defendant Perceptive Life Sciences Master Fund, Ltd., it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated:  October 13, 2015

                                            Respectfully submitted,

                                            **TANNENBAUM HELPERN**
                                            **SYRACUSE & HIRSCHTRITT**

                                            /s/  Ralph A. Siciliano
                                            Ralph A. Siciliano
                                            900 Third Avenue
                                            New York, New York 10022
                                            Phone: (212) 508-6700
                                            *Attorneys for Defendants Perceptive*
                                            *Advisers, LLC, Joseph Edelman, and*
                                            *Perceptive Life Sciences Master Fund, Ltd.*