UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN OLAGUES and RAY WOLLNEY,<br><br>    Plaintiffs,<br><br>              v.<br><br>PERCEPTIVE ADVISERS LLC, JOSEPH EDELMAN, PERCEPTIVE LIFE SCIENCES MASTER FUND, LTD., and REPROS THERAPEUTICS INC.,<br><br>    Defendants. | Case No. 1:15-CV-01190-AJN-SN<br><br>**RULE 7.1 CORPORATE**<br>**DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Perceptive Life Sciences Master Fund, Ltd., by and through its counsel, states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:  October 15, 2015

Respectfully submitted,

**TANNENBAUM HELPERN**
**SYRACUSE & HIRSCHTRITT**

 /s/  Ralph A. Siciliano
Ralph A. Siciliano
900 Third Avenue
New York, New York 10022
Phone: (212) 508-6700
*Attorneys for Defendants Perceptive*
*Advisers, LLC, Joseph Edelman, and*
*Perceptive Life Sciences Master Fund, Ltd.*