## CERTIFICATION OF SERVICE

I hereby certify that on October 13, 2015, I electronically filed the foregoing Notice of Motion, Memorandum of Law, Declaration of Ralph A. Siciliano, and Rule 7.1 Corporate Disclosure Statement of Perceptive Advisers, LLC, ECF Doc. Nos. 23, 24, 25, and 27, respectively, using the District Court's CM/ECF system. I also certify that a Rule 7.1 Corporate Disclosure Statement on behalf of Perceptive Life Sciences Master Fund, Ltd., ECF Doc. No. 29, was electronically filed on October 15, 2015. I further certify that on October 13, 2015, a Proposed Form of Order was submitted via electronic mail to judgments@nysd.uscourts.gov.

Additionally, I certify that some of the participants in the case are not CM/ECF users. I have mailed the above-referenced documents by electronic mail and First-Class Mail to the following non-CM/ECF participants:

> Mr. John Olagues
> 413 Sauve Road
> River Ridge, LA 70123
> *Email: olagues@gmail.com*
>
> Mr. Ray Wollney
> 8331 Whiskey Preserve Circle,
> Apt. 421
> Fort Myers, FL 33919
> *Email: rwollney1@comcast.net*

Dated: New York, New York        /s/ Ralph A. Siciliano
       October 16, 2015          Ralph A. Siciliano
                                 **TANNENBAUM HELPERN**
                                 **SYRACUSE & HIRSCHTRITT, LLP**
                                 900 Third Avenue
                                 New York, New York 10022
                                 (212) 508-6700
                                 *Attorneys for Defendants Perceptive Advisers, LLC, Joseph Edelman, and Perceptive Life Sciences Master Fund, Ltd.*