# CERTIFICATION OF SERVICE

I hereby certify that on October 13, 2015, I emailed the foregoing Order dated October 13, 2015 granting plaintiffs' counsel to withdraw as attorneys upon the plaintiffs as follows:

>Mr. John Olagues
>Email: olagues@gmail.com
>
>Mr. Ray Wollney
>Email: rwollney1@comcast.net

Dated: October 13, 2015

>/s/ *Jason J. Kane*
>Jason J. Kane, Esq.
>**PEIFFER, ROSCA, WOLF, ABDULLAH, CARR & KANE**
>A Professional Law Corporation
>15 Fishers Road, Suite 202
>Pittsford, NY 14534
>Tele: (585) 310-5140
>Email: jkane@prwlegal.com

## CERTIFICATION OF SERVICE

I hereby certify that on October 19, 2015, I hereby served via U.S First-Class Mail a copy of the foregoing Order dated October 13, 2015 granting plaintiffs' counsel to withdraw as attorneys upon plaintiffs at the following.

Mr. John Olagues
413 Sauve Road
River Ridge, LA 70123

Mr. Ray Wollney
8331 Whiskey Preserve Circle
Apt. 421
Forty Myersw, FL 33919

Dated: October 19, 2015

_____
Marlene Hurlburt