UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOHN OLAGUES, et al.,

                               **Plaintiffs,**                  **15-CV-01190 (AJN)(SN)**

           -against-                                                    **ORDER**

**PERCEPTIVE ADVISERS, LLC, et al.,**

                               **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On October 13, 2015, the Court granted attorneys Christopher J. Gray and Jason J. Kane leave to withdraw as counsel for Plaintiffs, who wished to proceed *pro se*. Joseph C. Peiffer, however, never moved to withdraw and remains counsel of record. Mr. Peiffer is instructed to tell the Court by October 23, 2015, whether his clients have requested that he withdraw or whether he shall continue to represent the Plaintiffs. He is further instructed to transmit this Order, along with the Orders entered on October 13, 2015, and October 14, 2015, to his clients. Plaintiffs are reminded that they are to file a Notice of Appearance including their full contact information by October 23, 2015, and may apply to file electronically as ECF users.

**SO ORDERED.**

                                                                     _____
                                                                     SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:     New York, New York
                 October 21, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2015