**PEIFFER ROSCA W**
**ABDULLAH CARR & K**

Joseph C. Peiffer
(504) 586-5259
jpeiffer@prwlegal.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/15
```

Magistrate Judge Sarah Netburn
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *Olagues, et al. v. Perceptive Advisors LLC, et al.,*
     Case No.: 1:15-cv-01190-AJN-SN

Dear Judge Netburn:

 Please be advised that I was inadvertently omitted from the Motion to Withdraw as Attorneys electronically filed on October 13, 2015 and, as requested by Plaintiffs, wish to be removed as counsel of record.

 My firm has forwarded the Orders of October 13 and 14 to the Plaintiffs and reminded Plaintiffs of the October 23, 2015 deadline to appear in this case.  Plaintiffs have acknowledged this deadline and advised our firm that both have taken or are taking steps to meet that deadline.

 Thank you for your assistance in this matter, and should you have any questions please feel free to contact our office.

             Respectfully,

             /s/ Joseph C. Peiffer

---

Joseph C. Peiffer's motion to withdraw as counsel is granted. Plaintiffs will continue this case *pro se*.
**SO ORDERED.**

           _____
           SARAH NETBURN
           United States Magistrate Judge

New York, New York
October 27, 2015

---

Peiffer Rosca Wolf
Abdullah Carr & Kane
A Professional Law Corporation
www.prwlegal.com

201 St. Charles Ave., Suite 4610
New Orleans, LA 70170
(504) 523-2434

526 Superior Ave., Suite 1255
Cleveland, OH 44114
(888) 998-0520

15 Fishers Road, Suite 111
Pittsford, NY 14534
(585) 310-5140

4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
(415) 766-3545

Joseph Peiffer, David Abdullah, and Daniel Carr are licensed to practice law in Louisiana. Alan Rosca is licensed to practice law in Ohio. Jason Kane is licensed to practice law in New York. Adam Wolf is licensed to practice law in California.