RECEIVED
SDNY PRO SE OFFICE
2015 OCT 20  PM 3: 27

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| John Olagues & Ray Wollney | Civil Case No. 5:15- CV-1190 |
| | <u>Initial Complaint</u> |
| Plaintiffs | Private Right of Action on behalf of the issuer, Repros Therapeutics arising under Section 16 b of the Securities Act of 1934 |
| v. | |
| Perceptive Advisers LLC, Joseph Edelman, Perceptive Life Sciences Master Fund Ltd Repros Therapeutics Inc | |
| Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 2 7 2015

## Notice of Appearance

This filing constitutes notice to the court that I will appear, Pro Se, as a Plaintiff, in this Private Right of action case on behalf of the issuer, Repros Therapeutics.

My address is 413 Sauve Rd. River Ridge Louisiana 70123, my telephone # is 504 -305-4071 and my email address is olagues@gmail.com.

Respectfully submitted;

*John Olagues*

John Olagues, Pro Se.

413 Sauve Rd.

River Ridge, Louisianna 70123

olagues@gmail.com

SO ORDERED:  10/27/15

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

RECEIVED
SDNY PRO SE OFFICE
2015 OCT 20  PM 3: 27

Pro Se Unit:

Please file this Notice of Appearance in Case 5:15- CV-1190.

Thank you.

John Olagues