RECEIVED
SDNY PRO SE OFFICE
2015 OCT 19 PM 3: 54

UNITED STATES DISTRICT COURT

SOUTHER DISTRICT OF NEW YORK

| | |
|---|---|
| John Olagues & Ray Wollney | Civil Case No. 5:15-CV-1190 |
| | **Initial Complaint** |
| Plaintiffs | Private Right of Action on behalf of the issuer, Repros Therapeutics arising under Section 16 b of the Securities Act of 1934 |
| v. | |
| Perceptive Advisors LLC, Joseph Edelman, Perceptive Life Sciences Master Fund Ltd Repros Therapeutics, Inc. | |
| Defendants | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 29 2015

### Notice of Appearance

This filing constitutes notice to the court that I will appear, Pro Se, as a Plaintiff, in this Private Right of action case on behalf of the issuer, Repros Therapeutics.

My address is 8331 Whiskey Preserve Circle, Apt 421, Fort Myers, Fl. 33919. Phone # 239-690-7754. My email address is rwollney1@comcast.net.

SO ORDERED:  10/29/15

_____
HON ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

*Ray Wollney*

Ray Wollney, Pro Se.

8331 Whiskey Preserve Cir. #421

Fort Myers, Fl. 33919

rwollney1@comcast.net