## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on November 6, 2015, a true and correct copy of the Letter Motion submitted by Defendants and dated November 6, 2015, ECF Doc. No. 41, was filed using the District Court's CM/ECF system and sent via electronic mail to the parties below. The undersigned further certifies that, pursuant to ECF Rule 9.1, I served via First-Class U.S. mail true and correct copies of the Letter Motion by depositing same in postpaid envelopes, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following non-CM/ECF participants:

> Mr. John Olagues
> 413 Sauve Road
> River Ridge, LA 70123
> *Email: olagues@gmail.com*
>
> Mr. Ray Wollney
> 8331 Whiskey Preserve Circle
> Apt. 421
> Fort Myers, FL 33919
> *Email: rwollney1@comcast.net*

Dated: New York, New York
November 6, 2015

*[signature: Amanda Leone]*
Amanda M. Leone
**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT, LLP**
900 Third Avenue
New York, New York 10022
(212) 508-6700
*Attorneys for Defendants Perceptive Advisers, LLC, Joseph Edelman, and Perceptive Life Sciences Master Fund, Ltd.*