## CERTIFICATION OF SERVICE

I hereby certify that on December 3, 2015, I electronically filed the foregoing Notice of Motion, Memorandum of Law, and Declaration of Ralph A. Siciliano, ECF Doc. Nos. 44, 45, and 46, respectively, using the District Court's CM/ECF system. I further certify that on December 3, 2015, a Proposed Form of Order was submitted via electronic mail to judgments@nysd.uscourts.gov.

Additionally, I certify that some of the participants in the case are not CM/ECF users. I have mailed the above-referenced documents by electronic mail and First-Class Mail to the following non-CM/ECF participants:

> Mr. John Olagues
> 413 Sauve Road
> River Ridge, LA 70123
> *Email: olagues@gmail.com*
>
> Mr. Ray Wollney
> 8331 Whiskey Preserve Circle, Apt. 421
> Fort Myers, FL 33919
> *Email: rwollney1@comcast.net*

Dated: New York, New York
December 4, 2015

/s/ Ralph A. Siciliano
Ralph A. Siciliano
**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT, LLP**
900 Third Avenue
New York, New York 10022
(212) 508-6700
*Attorneys for Defendants Perceptive Advisers, LLC, Joseph Edelman, and Perceptive Life Sciences Master Fund, Ltd.*