## CERTIFICATION OF SERVICE

I hereby certify that on January 13, 2016 I electronically filed the foregoing Reply Memorandum in Further Support of the Perceptive Defendants' Motion to Dismiss the Second Amended Complaint, Supplemental Declaration of Ralph A. Siciliano and a Letter Motion dated January 13, 2016 addressed to Judge Alison J. Nathan, ECF Doc. Nos. 50, 51 and 52 respectively, using the District Court's CM/ECF system.

Additionally, I certify that some of the participants in the case are not CM/ECF users. The above-referenced documents were sent by electronic mail and First-Class Mail to the following non-CM/ECF participants:

>Mr. John Olagues
>413 Sauve Road
>River Ridge, LA 70123
>*Email: olagues@gmail.com*
>
>Mr. Ray Wollney
>8331 Whiskey Preserve Circle,
>Apt. 421
>Fort Myers, FL 33919
>*Email: rwollney1@comcast.net*

Dated: New York, New York
January 13, 2016

/s/ Ralph A. Siciliano
Ralph A. Siciliano
**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT, LLP**
900 Third Avenue
New York, New York 10022
(212) 508-6700
*Attorneys for Defendants Perceptive Advisers, LLC, Joseph Edelman, and Perceptive Life Sciences Master Fund, Ltd.*