**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

900 THIRD AVENUE
NEW YORK, NEW YORK 10022-4775
(212) 508-6700
FACSIMILE: (212) 371-1084

Ralph A. Siciliano
Writer's Direct Dial: (212) 508-6718
E-mail: Siciliano@thsh.com

SO ORDERED:
2/4/16
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 04 2016

February 3, 2016

Honorable Alison J. Nathan
United States District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall
United States Courthouse, Room 906
40 Foley Square
New York, NY 10007

> Oral argument is not scheduled at this time. If the Court determines that oral argument is necessary, the Court will issue an order scheduling it.
> SO ORDERED

Re: *Olagues, et ano. v. Perceptive Advisers LLC, et al.*
    15-cv-1190 (AJN)

Dear Judge Nathan:

We represent Defendants Perceptive Advisers, LLC, Perceptive Life Sciences Master Fund, Ltd., and Joseph Edelman (collectively, the "Perceptive Defendants") in the above-referenced matter. We note that, on February 2, 2016, Plaintiffs re-submitted their letter to Your Honor dated January 15, 2016 ("Jan. 15th Letter"), in which they request that the Court delay the oral argument on the Perceptive Defendants' pending motion to dismiss (the "Motion to Dismiss") in order to allow them to conduct discovery. (A copy of the original Jan. 15th Letter was filed as document no. 58 on January 26, 2016, and a second copy was filed as document no. 59 on February 2, 2016 on the Court docket. The latter copy is annexed to this letter as Exhibit A.)

On January 21, 2016, we submitted a letter to the Court (filed as document no. 56 on the Court docket), in which we requested, on behalf of the Perceptive Defendants, that the Court (a) deny the relief requested in the Plaintiffs' Jan. 15th Letter, and (b) stay all discovery in the action until the Motion to Dismiss is decided. (A copy of our January 21, 2016 Letter is annexed to this letter as Exhibit B.)

The Perceptive Defendants requested oral argument on the Motion to Dismiss when the motion was submitted. In furtherance of that request, we respectfully submit the following dates on which we would be available for the argument: February 16, 17 and 22, 2016 (anytime

1

[1025393-1]

TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP

Honorable Alison J. Nathan
February 3, 2016
Page 2

between 10 am and 5 pm). If those dates are not convenient for the Court, we would be pleased to submit other dates.

Respectfully submitted,

Ralph A. Siciliano

cc: John Olagues (via e-mail to olagues@gmail.com and First-Class Mail)
Ray Wollney (via e-mail to rwollney1@comcast.net and First-Class Mail)
*Plaintiffs, Pro Se*