## CERTIFICATION OF SERVICE

I hereby certify that on February 3, 2016 I electronically filed the foregoing Letter addressed to the Honorable Alison J. Nathan, ECF Doc. No. 60, using the District Court's CM/ECF system.

Additionally, I certify that some of the participants in the case are not CM/ECF users. The above-referenced document was sent by electronic mail and First-Class Mail to the following non-CM/ECF participants:

>Mr. John Olagues
>413 Sauve Road
>River Ridge, LA 70123
>*Email: olagues@gmail.com*
>
>Mr. Ray Wollney
>8331 Whiskey Preserve Circle, Apt. 421
>Fort Myers, FL 33919
>*Email: rwollney1@comcast.net*

| | |
|---|---|
| Dated: New York, New York<br>February 4, 2016 | /s/ Ralph A. Siciliano<br>Ralph A. Siciliano<br>**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT, LLP**<br>900 Third Avenue<br>New York, New York 10022<br>(212) 508-6700<br>*Attorneys for Defendants Perceptive Advisers, LLC, Joseph Edelman, and Perceptive Life Sciences Master Fund, Ltd.* |